HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JAMES HENDRIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-mj-00111-MJS |
| Plaintiff, | MOTION TO VACATE OCTOBER 4, 2016 REVIEW HEARING; ORDER |
| vs. | |
| JAMES HENDRIX, | |
| Defendant. | |

Defendant James Hendrix hereby requests that the Court vacate the October 4, 2016 review hearing, as Mr. Hendrix is in full compliance with the terms of his probation.

On December 1, 2015, the Court sentenced Mr. Hendrix to twelve months of unsupervised probation, with the conditions that he obey all laws, pay a $400 fine, and complete sixty hours of community service.  Mr. Hendrix has complied with all conditions of probation.

The government is in agreement with this request.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: October 19, 2016                */s/ Erin Snider*
                                        ERIN SNIDER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JAMES HENDRIX

## **O R D E R**

     Based on the parties' joint representation that Mr. Hendrix has fully complied with the conditions of his probation, the Court vacates the review hearing scheduled for October 4, 2016, at 10:00 a.m. in Case No. 6:15-mj-00111-MJS.

IT IS SO ORDERED.

    Dated:   October 20, 2016                      /s/ *Michael J. Seng*
                                                               UNITED STATES MAGISTRATE JUDGE